IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

James D. Brown

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

RECEIVED

SEP - 5 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson

vs.

Robert James Lee

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: N/A

         Defendants: N/A

      2. Court (if federal court, name the district; if state court, name the county): N/A
      3. Docket Number: N/A
      4. Name of judge to whom case was assigned: N/A
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A
      6. Approximate date of filing lawsuit: N/A
      7. Approximate date of disposition: N/A

Revised 4/18/08

II. Place of Present Confinement: Madison County Jail

A. Is there a prisoner grievance procedure in the institution?   Yes (X)  No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (X)  No ()

C. If your answer is Yes:
1. What steps did you take? I wrote a grievance to a SRGt or a LT.
2. What was the result? They never answered my grievance.

D. If your answer is No, explain why not:

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff James D. Brown SR.

Address Madison county Jail 515 S. Liberty Jackson, TN 38301

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant Robert James Lee   Unemployed   is employed as

at Madison County Jail 515 S. Liberty Jackson, TN 38301

C. Additional Defendants:

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

On approximately July 31, 2023, At Madison County Jail. I James D. Brown SR, and Wayne Jones, Was on A-Pod 114, cell 117. When inmate Robert James Lee, had filed a grievance on us accusing us of Sexual Harrassment. Following the claim of harrassment Jones and I were moved to C-Pod 205, and were to be housed alone. The Investigator involed in this claim, Investigator Maxwell spoke with Jones and myself, accusations made against myself and Jones.

V.  Relief
    State briefly exactly what you want the court to do for you. Make no legal arguments.
    Cite no cases or statutes.
    Restitution for Pain and Suffering

VI. Jury Demand
    I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __30th__ day of __August__, 20__23__.

_James D. Brown_

(Signature of Plaintiff/Plaintiffs)